**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| *In re* | } | |
| BENJAMIN T. WOOD | } | Case No. 24-10660-KB |
| Debtor | } | Chapter 7 |

**ASSENTED-TO MOTION TO ENLARGE § 523(c) DISCHARGEABILITY DEADLINE**
**Pursuant to § 105(a) and BR 4007 (c)**
**by UNSECURED CREDITOR, THOMAS CONEYS**

NOW COMES Mr. Thomas Coneys (hereinafter "TC"), by and through his attorneys, AMANN BURNETT PLLC and hereby moves to enlarge the dischargeability deadline under 11 U.S.C. 523(c) from Monday, December 30, 2024 to Friday, February 28, 2025. In support hereof, TC avers as follows:

**A. RELEVANT FACTS**

1. The Debtor filed his Chapter 7 Petition on September 27, 2024.

2. Mr. Coneys moved for and was granted permission to conduct a BR 2004 examination.

3. The undersigned Counsel and Debtor's Counsel exchanged emails and phone calls earlier this month about documents to be produced and mutually acceptable dates to hold the BR 2004 examination.

4. On December 17, 2024, the Chapter 7 Trustee withdrew his report of no distribution and moved that Ford, McDonald & Borden, P.A. be employed as Counsel to the Chapter 7 Trustee.

5. On December 20, 2024, the Chapter 7 Trustee moved to extend the deadline to object to Discharge. That motion and this motion were

assented to by Debtor's Counsel. The Trustee's § 727 motion was granted.

6. It is anticipated that the Chapter 7 Trustee will conduct a BR 2004 Examination, Thomas Coneys may also conduct its own BR 2004 Examination but at this point, it seems like holding just One (1) BR 2004 Examination will benefit all parties by conserving time and resources.

## B. APPLICABLE LAW

7. Pursuant to Rule 4007(c), a § 523(c) complaint must be filed within Sixty (60) days of the date first set for the meeting of creditors under § 341(a). Fed. R. Bankr. P. 4007(c). Bankruptcy Rule 4007(c) further provides that the court may, for cause, extend the deadline if the party seeking the extension files a motion before the deadline expires. Fed. R. Bankr. P. 4007(c). Sullivan v. Costa (In re Costa), BAP NO. MB 12-032, Bankruptcy Case No. 11-10672-FJB, Adversary Proceeding No. 11-01333-FJB (B.A.P. 1st Cir. Jan 03, 2013). "Rule 4007(c) requires that a motion seeking enlargement of the period for objecting to discharge or dischargeability must be filed before the time period has expired. Fed. R. Bankr.P. 4007(c); 10 Lawrence P. King, *Collier on Bankruptcy* ¶ 9006.08 (15th ed. Rev.)..." see, Lure Launchers, LLC v. Spino, 306 B.R. 718 (B.A.P. 1st Cir. 2004); Whitehouse v. LaRoche, 277 F.3d 568, 576 (1st Cir.2002); Moushigian v. Marderosian, 764 F.3d 123 (1st Cir. 2014).

## B. GOOD CAUSE EXISTS TO GRANT THIS MOTION AND ENLARGE THE TIME TO OBJECT TO DISCHARGEABILITY UNDER 11 U.S.C. § 523 (C)

8. Depending upon what the Chapter 7 Trustee and TC learns

through Discovery, TC might object to the Debtor's dischargeability of his unsecured claim.

9. STATEMENT OF CONCURRENCE: Attorney Leonard Deming assents to this motion.

WHEREFORE, Mr. Coneys prays that this Court:

A. Grant this Motion;

B. Enlarge the 11 U.S.C. § 523(c) Dischargeability deadline in this case for Mr. Tomas Coneys only, from December 30, 2024 up to and including Friday, February 28, 2025;

C. Grant such other relief as this Court deems Mete, Just or Equitable.

Respectfully submitted,
Thomas Coneys

By Counsel,

DATED: 12-30-2024

/s/ William J. Amann, Esq.
BNH 059555
Amann Burnett PLLC
757 Chestnut Street
Manchester, NH 03104
603-696-5404
wamann@amburlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I caused a copy of the foregoing document to be served by the Court's ECF system or by first-class mail, postage-prepaid to those, then registered users with the CM/ECF system, including but not limited to those listed below.

DATED: 12-30-2024 /s/ William J. Amann, Esq.

Leonard G. Deming, II
Deming Law Office
491 Amherst St., Suite 22
Nashua, NH 03063

Ryan M. Borden
Ford, McDonald & Borden, P.A.
10 Pleasant St., Suite 400
Portsmouth, NH 03801

U.S. Trustee
Office of the U.S. Trustee
James C. Cleveland Building
53 Pleasant Street, Suite 2300
Concord, NH 03301

Walter Maroney
NH Department of Employment Security
45 S Fruit Street
Concord, NH 03301

James Laquerre
8 Cross Street
Merrimack, NH 03054