UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Benjamin T. Wood,  Bk. No. 24-10660-KB
    Debtor  Chapter 7

## SUPPLEMENT TO BANKRUPTCY RULE 2016(b) STATEMENT

    The undersigned counsel for the debtor submits this supplement to Bankruptcy Rule 2016(b) statement as follows:

    1.  Subsequent to the filing of the statement required by Bankruptcy Rule 2016(b), the undersigned has provided or agreed to provide the following additional services to the debtor:

Continuing services on an hourly basis in this redirected Chapter 7 case in accordance with contract executed between attorney and debtors.

    2.  The undersigned has charged or will charge the debtor for such services as follows:

Continuing services on an hourly basis at $325 per hours in accordance with contract executed between attorney and debtor.

    3.  The undersigned has received payment for such services as follows:

Additional $750.00 for hourly services in this ongoing prosecuted Chapter 7 case.

    Respectfully submitted,
    Benjamin T. Wood
    By his Attorney
    DEMING LAW OFFICE

January 22, 2025      /s/ *Leonard G. Deming*
Date      Leonard G. Deming, II, BNH01186
    491 Amherst Street, Suite 22
    Nashua NH 03063
    (603) 882-2189
    deminglaw@gmail.com

## CERTIFICATE OF SERVICE

    I, Leonard G. Deming, certify that I am, and at all times hereinafter was, more than eighteen (18) years of age, that on October 28, 2024, I served a copy of the foregoing document filed in this proceeding via electronic service on the following:

Benjamin T. Wood, Via email      Office of the U.S. Trustee
    USTPRegion01.MR.ECF@usdoj.gov

Edmond J. Ford, Esquire
eford@fordlaw.com      And to all parties/entities entitled to ECF service.

I certify under penalty of perjury that the foregoing is true and correct.

    /s/ *Leonard G. Deming*
    Leonard G. Deming

LBF 2016-1C (Eff. 11/1/16)